No. 1,725.—HYNES, RESPONDENT, *v.* BARNES, APPELLANT.

*Appeal from District Court, Granite County.*

On motion to dismiss appeal.

Decided November 5, 1901.

PER CURIAM.—The motion to dismiss the appeal herein is sustained and the appeal is dismissed without prejudice, for the reason that the notice of appeal is defective.

*Mr. D. M. Durfee,* and *Mr. Joshua Shull,* for Appellant.

*Mr. George A. Maywood,* for Respondent.

––––––––––

No. 1,388.—BRIGHT, APPELLANT, *v.* BURKE ET AL., RESPONDENTS.

*Appeal from District Court, Fergus County.*

On motion to dismiss appeal.

Decided November 21, 1901.

PER CURIAM.—Upon motion of the respondents this cause is this day dismissed, for failure to file briefs in accordance with Subdivision 5 of Rule X of this court.

*Mr. William M. Blackford,* and *Messrs. Stranahan & Stranahan,* for Appellant.

*Messrs. Cort & Worden,* for Respondents.